# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　Case No.　3:21-cr-80
　　　　　　　　　　　　　　　　　　　　　　　　3:22-cr-39

**DAMARCUS CUNIGAN**

      **Defendant.**

---

## ORDER ALLOWING FEDERAL PUBLIC DEFENDER TO WITHDRAW AND APPOINTING NEW COUNSEL UNDER THE CRIMINAL JUSTICE ACT

---

      This matter is before the Court on Defendant's Pro Se Motion to Appoint New Counsel. Defendant remains qualified for appointed counsel pursuant to 18 U.S.C. §3006A.

      Based on the hearing held in open court on June 23, 2022, **IT IS THE ORDER OF THE COURT** that Federal Public Defender F. Arthur Mullins be allowed to withdraw as Counsel in this case and attorney J. Steven Justice, of the Criminal Justice Act (CJA) Panel for the Southern District of Ohio, be appointed as of June 23, 2022.

      **DONE** and **ORDERED** in Dayton, Ohio, this 27th day of June 2022.

                                                       *s/Thomas M. Rose*

                                                       THOMAS M. ROSE, JUDGE
                                                       UNITED STATES DISTRICT COURT